IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 13-30272-DRH |
| | ) | |
| v. | ) | Title 18 |
| | ) | United States Code |
| OLAYINKA ILUMSA SUNMOLA, | ) | Sections 371, 875(d), 1341, 1342, & 1343 |
| | ) | |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

**FILED**

**NOV 2 0 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INDICTMENT**

I.

Introductory Statement

1.     Between March 2008 and February 2013, in St. Clair, Bond, Fayette, and
Madison Counties, in the Southern District of Illinois and elsewhere, operating from the
Republic of South Africa and, upon information and belief, the Federal Republic of Nigeria, the
Defendant, **OLAYINKA ILUMSA SUNMOLA**, together with others, engaged in an online
romance scam targeting middle-aged women throughout the United States, including the
Southern District of Illinois.

2.     To perpetrate the scam, **SUNMOLA** created several online profiles by
misappropriating the photographs of real middle-aged men, many of them appearing in the
uniform of the U.S. Armed Forces, without their consent and without lawful authority.
**SUNMOLA** spun a deceiving web of lies to create an illusion that he was either an active duty
U.S. military officer or a well-educated, successful, and affluent professional who had recently
retired from the military.  In most cases he portrayed himself to be a widower whose wife had

1

tragically died either of cancer or in an automobile accident. He often claimed to have a minor daughter or an adult son and pretended to be an American from Mascoutah (St. Clair County), Illinois; Philadelphia, Pennsylvania; San Diego, California; Chicago, Illinois; Dallas, Texas; or somewhere else. Although **SUNMOLA** is Nigerian, he represented himself at various times to be of Greek, Italian, and French extraction.

3. Over the course of several months, **SUNMOLA** attempted to cultivate a romantic relationship with each victim. He sent the victims roses, stuffed animals, greeting cards and candy. He made his victims believe that he had a deep romantic interest in them, intending that they would develop romantic feelings for him. His purpose was to lead each of his victims to believe that she was his one true love, his sole love interest, and the woman with whom he intended to spend the rest of his life. He played upon each victim's romantic feelings and vulnerability and then manipulated and groomed them for the purpose of eventually bilking them of their cash, their assets, and their credit worthiness. In the end, he would leave them feeling jilted, robbed of not only their property, but also their dignity and self-respect.

II.

Defendant and his many aliases

4. **OLAYINKA ILUMSA SUNMOLA** is a citizen of the Federal Republic of Nigeria, a nation of over 120 million people located on the west coast of Africa that obtained its independence from the United Kingdom in 1960. A country of many ethnic groups, languages and cultures, Nigeria's national language is English. **SUNMOLA** was at all times relevant to this indictment a temporary resident of the Republic of South Africa, located at the southernmost tip of the continent of Africa. **SUNMOLA** entered South Africa on a date unknown to the grand jury. He is believed to reside there currently. Upon information and belief, **SUNMOLA**, in

2

furtherance of the scheme, is believed to have traveled back and forth between Nigeria, Swaziland, South Africa, and the United Kingdom and is believed to have sent some of the proceeds of his crimes back home to Nigeria.

5.     As part of his plan to bilk middle-aged women of their money and assets, **SUNMOLA** established profiles on various dating and social media internet sites, including MySpace.com, Plenty of Fish.com, eHarmony.com, and Match.com. For his profile pictures, he went to other dating and social media sites and stole photographs of real middle-aged males, many of whom appeared in the uniform of the U.S. Armed Forces. He would typically meet a prospective female target on a given website, and after manipulating her for a few days utilizing the website's e-mail or instant messaging capability, he would move her to Yahoo instant messaging using a Yahoo e-mail account.

6.     Some profile names were invented. Others were misappropriated without the person's knowledge and consent, and without lawful authority. Among **SUNMOLA's** bogus profiles and aliases are the following:

A.     Elias Dyess. **SUNMOLA** used the fictitious identity "Elias Dyess" on both Plenty of Fish.com and Match.com under the username "singleandlookinginIL." As "Elias Dyess," **SUNMOLA** presented himself as a 57 year old Caucasian male, standing over six feet tall, with black hair and hazel eyes, from either Freeburg or Mascoutah, Illinois. The photographs that **SUNMOLA** used for the "Elias Dyess" profile were misappropriated from the profile of a real Florida resident. The cell phone number associated with this profile had a 618 area code – one of two area codes that cover the Southern District of Illinois. As "Elias Dyess," **SUNMOLA** held himself out to be a retired U.S. Navy officer now working in the field of information technology. He claimed to have a lucrative contract in South Africa, where he was

3

supposedly working to install computer servers and equipment for a South African business. In his online profile for "Elias Dyess," **SUNMOLA** listed as his employer the name of a real information technology consulting company located in Pennsylvania and Delaware. That company was not otherwise connected in any way with **SUNMOLA** or the real Dyess. The phony "Elias Dyess" was someone "looking for that last love, last companion, who can still knock our coldness off, but who is safe and warm, dependable, someone we find we can trust with our innermost thoughts/feelings." He had lost his wife to cancer and was looking for a long-term relationship. When he needed his victims to send money, "Elias Dyess" instructed them to send wire transfers to "**ILUMSA SUNMOLA**," who was supposedly a member of his work crew.

   B. <u>Adonis Dee</u>. "Adonis Dee" was a profile that **SUNMOLA** used on eHarmony.com. Although he claimed to be originally from Athens, Greece, "Adonis Dee" held himself out as a resident of Mascoutah, Illinois, and had a cell phone with a 618 area code. He claimed to be a colonel in "U.S. Army Intelligence" who had been deployed to South Africa on a "special mission." The nature of his mission and his precise location in South Africa were supposedly top secret. As "Dee," **SUNMOLA** pretended to be the widowed father of a six year old girl named "Kim." His wife had been the victim of a fatal automobile accident. He looked forward to retiring from the military and finding the "perfect woman" with whom to spend the rest of his life. Using the "Dee" persona, **SUNMOLA** induced one victim to purchase computer equipment and have it shipped to South Africa, so that he could finish his supposed military assignment. He also asked one of his victims to send money to "**ILUMSA SUNMOLA**," whom "Dee" identified as someone who worked at the front desk of his hotel in South Africa.

C. <u>Henry Harrell</u>. The story invented for "Henry Harrell," who had a profile on Match.com, was that he was a divorced, 60 year old man from Dallas, Texas, who worked as the supervisor of a road crew. He also claimed to have a 20 year old son. According to "Harrell," his own mother was Italian and his father was from Spain, although to one victim who spoke to "Harrell" by phone, his accent did not appear to be either Italian or Spanish. His elaborate explanation for what he himself described as his "strange voice" was that, one Sunday morning when he returned from church, he caught his wife at home with another man, and she came at him with a knife and cut his throat. As "Harrell," **SUNMOLA** claimed that his company had dispatched him and his crew to South Africa. He was lonely and had become isolated and depressed, he said, offering that he spent much of his day praying and reading the Bible. Harrell asked one of his victims to purchase Apple iPads and send them to South Africa, addressed to the care of "**ILUMSA SUNMOLA**," explaining that **SUNMOLA** worked at his hotel.

D. <u>Donald Hetzel</u>. "Donald Hetzel" was supposedly a civil engineer from Cypress, Texas, who was working on a major construction project in the People's Republic of China. "Hetzel" described himself as a widower who lost his wife to breast cancer and was left to care for their nine year old daughter. **SUNMOLA** began seeking money from his victims when "Hetzel," who was purportedly on his way back from China to the United States, was arrested and detained in South Africa – a highly improbable layover for anyone traveling between the two countries. "Hetzel" told his victims that he needed help with his substantial "legal expenses" and directed the money to be sent to "**ILUMSA SUNMOLA**," Hetzel's "point person" in South Africa.

5

E.  Major Elias K. Dye.  "Major Elias K. Dye" had a profile on MySpace. He was described as an active duty officer with the U.S. Army stationed at Scott Air Force Base in Illinois and assigned to a U.S. Army intelligence unit in South Africa. He purportedly hailed from Mascoutah, Illinois, and had a phone number with a 618 area code. His profile photos included a photo of a soldier in what appears to be a U.S. Army battle dress uniform holding a military style rifle. According to the story concocted for "Major Dye," his late wife had died tragically in an automobile accident several years earlier, and their young daughter was being cared for by neighbors in a small Illinois town. He sent photos purporting to be of himself holding his daughter, who appeared to be about four or five years old. He explained away his foreign accent by claiming to be from "Greece." When he needed money, "Major Dye" directed his victims to wire transfer money to South Africa, payable to "**ILUMSA SUNMOLA**," who he identified as his "personal driver." To one victim, "Major Dye" disclosed that he was a spy who needed to keep his identity secret. "**ILUMSA SUNMOLA**," he explained, was the name of a taxi cab driver he knew.

## III.

### Romance Scams

7.  Online romance scams are a rather new form of fraud. They are facilitated by the proliferation of online social media and dating websites, as well as international money transfer businesses that provide the means for victims to send money worldwide. A fraudster can go online on any continent, fabricate a phony online profile attractive to a certain targeted segment of the population, steal online photographs of people that match that profile, and immediately be in communication with dozens of other people, many of whom are lonely and anxious to develop a deep romantic relationship.

6

8.	Romance scams typically require extensive planning and time to execute. Communications with victims are carefully crafted and rehearsed. The goal is to manipulate victims into developing romantic attachments to a fantasy online persona – typically, someone who is very successful, well-educated, with a successful career or some position of authority, like a military officer. The persona is typically widowed and with a child, often a minor child, to convey a level of personal and family responsibility. The death of the late wife is often attributed to a long illness, like cancer, or a sudden event, like an automobile accident. These fabricated tragedies provide an opportunity for fraudsters to project vulnerability and emotional sensitivity. Profile photos are stolen from other dating and social media websites and selected because the scam artist believes that the men depicted would be attractive to targeted middle aged women. Communications are carefully orchestrated to exploit the values and needs of the targeted women. After causing the women to fall in love and commit to the phony online persona, the scam artist makes it appear that the phony persona has a bona fide personal emergency, appealing to the victim's charitable impulse. The victim is manipulated until she has a heavy psychological and emotional stake in the maintenance of what in her mind is a romantic relationship, often fortified with an implicit or explicit promise of marriage. The stake she then has in the continuance of the relationship, and the passion that she feels for this apparently ideal love interest, begins to cloud her better judgment. It is then that the scam artist, believing that the victim is psychologically conditioned to be receptive, sets the stage for bilking her of her life savings.

9.	Small emergencies begin to occur, necessitating the wire transfer of small amounts of money. The small emergencies are manufactured to test the waters. If the victim can be successfully induced to send small amounts of money, then progressively larger emergencies

are manufactured to manipulate the victim to send increasingly larger sums of money. If the victim balks, the scam artist doubles down on the romantic relationship until the victim is ultimately conditioned to send money.

## IV.

### Targeted Women

10.    **SUNMOLA**, through various online guises, developed online relationships with at least thirty women in the United States. He bilked them in amounts ranging from a few thousand dollars to nearly $100,000. Six of his victims are described below:

### *Jane Doe 1*

11.    Jane Doe 1 is a resident of Bond County, within the Southern District of Illinois. An elementary school educator, Jane 1 met Elias Dyess on Plenty of Fish, a free dating website. **SUNMOLA** quickly moved Jane 1 off of the website and onto Yahoo instant messaging.

12.    Playing the role of a retired US Navy veteran from Southern Illinois, **SUNMOLA**, through his online persona Elias Dyess (Elias), claimed to have a successful information technology consulting business and to be currently engaged in a major project in South Africa. Over the course of several weeks, Elias developed a very personal and intensive relationship with Jane 1. He shared details of his supposed life with his late wife, an "angel" as he described her, a high school sweetheart who had a "big heart." Elias sent flowers to Jane's school. He promised her that they would travel the world together. He told her he was ready to get married again and that he wanted the "forever kind of thing." He wrote that he wanted to be with that "special someone" and "live happily ever after." During weeks of communications with Jane, he led her to believe that she was that person. He portrayed himself to be physically

8

affectionate, emotionally expressive, and compassionate. He liked to explore new places, take long walks, and have great conversations, he told her.

13.     **SUNMOLA's** online persona, Elias, despite being an experienced world traveler, supposedly found himself in South Africa without credit cards that were accepted there. He enlisted her help. He proposed to send her checks (which would turn out to be counterfeit), have her cash the checks and then wire transfer the proceeds to him in South Africa. While Jane 1 and Elias were working out the mechanics of turning Elias's checks into cash, Jane 1 received a shipment of laptop computers at Jane's school. The electronics had been ordered by Elias from a retail store in the United States. Unknown to Jane 1, payment for the electronics had been made by **SUNMOLA**, or his confederates, using stolen credit card numbers. This was the first of many such shipments of electronics which Elias had Jane forward to him in South Africa.

14.     Elias began referring to Jane 1 as "Mrs. Dyess." Having persuaded her to obtain a new credit card account, he asked her to obtain cash advances from the credit card and wire the money to him in South Africa. As the credit card balance increased, Elias promised to pay it off. He actually did pay it off on several occasions, but each time he did so he used a hacked bank account at a California university. Eventually the bank discovered the fraud and reversed the payments on Jane's credit card bill, leaving her with thousands of dollars of credit card debt. Elias continued to manufacture money emergencies and continued to induce Jane to obtain the maximum number of cash advances in the maximum amounts from her credit card and send the cash to him. Electronics continued to be delivered to Jane and Jane continued to re-ship them to South Africa, at the request of Elias. All of the electronics sent to Jane 1 were later determined to be purchased with stolen credit cards.

9

15. Elias continuously badgered Jane 1 to acquire computer equipment for him. He would contact electronics stores in the St. Louis metropolitan area to determine what they had in stock and then would convince her, at her own expense, to purchase this equipment and ship it to him in South Africa. By manipulating her to obtain both cash advances on her credit cards and computer equipment purchases on his behalf, he sought to squeeze every bit of money that he could from her and put her in the maximum amount of debt her credit rating would sustain.

16. Elias also provided Jane 1 with counterfeit checks, specifically, two purported cashier's checks from the Navy Federal Credit Union in the face amounts of $58,000 and $700,000. The remitter was listed as the "Department of Defense" (as if the U.S. Government used credit unions to pay for military contracts) and the checks were made payable to "Elias Dyess-Cohen." These checks were meant to convey the impression that they were in payment of his contract for the work in South Africa, or some other contract, and was meant to convey the false impression that he had the financial resources and intent to repay the tens of thousands of dollars that Jane 1 was expending on his behalf.

17. As her bank balances shrunk and her credit card bills soared, it became increasingly difficult to send Elias the cash he was demanding, especially when a family emergency required her to draw on her accounts to help a family member. His e-mails began to become accusatory and he pretended to feel betrayed by her. He reneged on his promise to pay down her debt, which unknown to her he was doing from time to time using stolen funds. When she failed to honor his demand to send a $4,000 payment, he criticized it as "wrong" and claimed his refusal to make good on his promise to pay down her credit card account was his "pay back." In her last e-mail to him, she begged him to help her pay off the credit card debt she incurred on his behalf, writing: "Please don't leave me with these bills. I can't afford it." She never heard

10

from Elias again. Jane 1 was left with a debt of at least $98,000, and was forced to file Chapter 13 bankruptcy in October 2012 in the U.S. District Bankruptcy Court for the Southern District of Illinois.

### *Jane Doe 2*

18.　　Jane Doe 2 is a resident of St. Charles County, Missouri. Sometime in the fall of 2010, she met "Elias Dyess" (online name "sterngreek") on the dating website Plenty-of-Fish. The story that "Dyess" presented was that he lived in Mascoutah, Illinois, and was an adopted child who grew up in Greece. Supposedly retired from the United States Navy, he said that he was currently working in Johannesburg, South Africa, on a U.S. government contract.

19.　　Over the period of time that **SUNMOLA** maintained an online relationship with Jane 2, he sought to create the illusion that he had genuine romantic feelings for her. He did this through many e-mails, instant messages, and other forms of electronic communication seeking to manipulate her to believe the fantasy he had fabricated as her one true love.

20.　　Sometime during the online relationship, Dyess asked for her help shipping needed electronics to his "crew" in South Africa. Parcels from the Apple Store began arriving at her home which she then re-shipped to Dyess in South Africa. At Dyess's direction, she shipped the equipment to a South African address in care of **ILUMSA SUNMOLA**, identified by Dyess as a member of his "crew."

21.　　In January 2011, she received a cashier's check in the amount of $9,500 from Dyess drawn on the Navy Federal Credit Union. Dyess instructed her to deposit the check and wire transfer $5,000 of the proceeds to him. After calling the Navy Federal Credit Union and determining that the check was bogus, she confronted Dyess who then accused her of having "trust issues."

22.     During one of their last phone conversations, after beginning to suspect that she

was being deceived by "Dyess," she told "Dyess" that she was standing across the street from the

hotel In Johannesburg, South Africa, that was listed on the shipping labels. After a pause, they

both started laughing.

### *Jane Doe 3*

23.     Jane Doe 3 met "Henry Harrell" – using the online profile name "one good heart"

– in August 2012 on the dating website Match.com.

24.     The story presented for "Harrell" was that he was a white male, around 60 years

old, divorced, with a college degree in computers and a 20 year old son. Despite his degree in

computers, Harrell portrayed himself to be a supervisor of a crew that repaired roads. He

described his work as making roads "look nice" and "not cause accidents."

25.     Harrell, it was claimed, was the son of an Italian mother and a Spanish father,

both of whom died when he was a teenager. Jane 3 eventually spoke to him by phone, however,

and noted that his accent did not sound either Italian or Greek. When pressed on this detail,

Harrell's response was that his ex-wife came at him with a kitchen knife and cut his throat,

perhaps explaining both his supposed divorce as well as his strange accent.

26.     Harrell was very lonely and did not have anyone in his life except Jane 3, he said.

He had become isolated and depressed, in part because he spent almost all of his time praying,

reading the Bible and going to Mass.

27.     Over the period of time that **SUNMOLA** maintained an online relationship with

Jane 3, he sought to create the illusion that he had genuine romantic feelings for her. He did this

through many e-mails, instant messages, and other forms of electronic communication seeking to

manipulate her to believe the fantasy he had fabricated as her one true love.

12

28.     Harrell eventually started asking her for money.  Though traveling and working in a foreign country, he claimed not to have a credit card.  She suggested that he get travelers checks from his company, on whose business he was traveling, to provide the means to support him on his company-related work in South Africa.  When Harrell begged her to send money to him in South Africa because he was "hungry" and "sick," she relented and sent him $500.

29.     Harrell expressed surprise at Jane's unwillingness to send him larger amounts of money given the fact that Harrell could be trusted, as he had previously described himself and his parents as "religious" people.  When Jane 3 continued to be reluctant to send more money, he then pitched her on a supposedly risk-free financial arrangement whereby his company would make payments on her credit card for services Harrell had performed in South Africa.  Under this arrangement, Jane could withdraw the amount loaded on her credit card and then wire transfer that money to Harrell in South Africa.  To get started, all that she would need to do was give him her credit card number, her credit limit, and other related information regarding her credit card account.  When she told him that this didn't make sense to her, Harrell put a company employee, "Robert Tudors," on the phone to further explain the arrangement to her.  Tudors' proffered explanations didn't make any more sense to her than Harrell's.  Having failed at that attempt, Harrell then told Jane 3 that she could help him generate cash flow by purchasing Apple computers and shipping them to South Africa, where they could be sold for a profit.  The income would keep him afloat and presumably could be used to pay back the money he had already "borrowed" from her.  This she agreed to and made purchases of five computers and three iPads.  The iPads were shipped to **ILUMSA SUNMOLA**, who was represented to be the "hotel manager" and a person Harrell claimed was helping him in South Africa.  The computer

equipment was sent to another individual, S.D.G., in Pretoria, South Africa. Promises that she would be reimbursed the day after the equipment was sent were, of course, never honored.

30. Having had no further contact from Harrell, out of the blue, "O.A.," representing himself to be from "Stealth Investigative," contacted Jane 3 about Harrell. O.A. broke the news that "Harrell" was not who he had represented himself to be but was instead, as characterized by O.A., a 25 year old black African male wanted on criminal charges in South Africa. According to O.A., although South African authorities had not yet been able to arrest this imposter, nevertheless, authorities had successfully recovered the computer equipment that Jane 3 had purchased and shipped to South Africa. The South African authorities were prepared to return the property to her upon payment of a legally required "customs" fee. Upon payment of $3,000 in "customs" payments, which she paid by Western Union, Jane 3 learned from O.A. that there had been a development which meant that the property still couldn't be released until she paid an additional $1,000 fee. Realizing that she had been scammed twice by the same group of thieves, Jane 3 then decided to pay no more and never heard from Mr. Harrell or O.A. again.

### *Jane Doe 4*

31. Jane Doe 4 is a resident of St. Louis County, Missouri. Sometime in 2009, she met "Adonis Dee" on the dating website eHarmony.com.

32. According to the narrative developed for "Dee," he was from Mascoutah, Illinois, a Colonel in the United States Army, in military intelligence, and deployed to South Africa on a "special mission." He couldn't tell her where in South Africa he was located because that information was classified. There were photos of "Dee" on eHarmony.com. The photos depicted "Dee" at a restaurant, at a slot machine in a casino, and in a U.S. military uniform; several were of a more personal nature. Dee's cell phone number had a 618 area code.

14

33. Dee's story was that he was originally from Athens, Greece, was orphaned and adopted at the age of 13 by a couple from Mascoutah, Illinois. A widowed father of a six year old girl named "Kim," Dee claimed to have lost his wife to a fatal car accident nearly six years earlier, when Kim was only 5 months old. He told Jane 4 that he was raising Kim with help from his deceased wife's parents, who were taking care of her while he was on his special mission.

34. Colonel Dee explained that he was set to retire from the Army soon and was ready to move forward with his life and find the "perfect woman" to share it with. By cultivating an on line relationship with Jane 4, Dee attempted to convince her that she was that woman.

35. Over the period of time that **SUNMOLA** maintained an online relationship with Jane 4, he sought to create the illusion that he had genuine romantic feelings for her. He did this through many e-mails, instant messages, and other forms of electronic communication, seeking to manipulate her into believing that the fictitious "Colonel Dee" was her one true love.

36. Despite his supposed status as a high-ranking officer with the United States military who had been deployed to South Africa, Dee claimed to be having short-term money problems. He gave differing explanations as to the source of these problems, including the fact that foreigners in South Africa were not allowed to use credit cards and that U.S. dollars were not accepted anywhere in South Africa. While he was not permitted to disclose his location in South Africa because the location was a secret, he told Jane 4 that needed to take her into his confidence and disclosed that he was stationed in Johannesburg. He pretended to be distraught and pleaded with her to send him money. The money would be paid back with interest, he claimed. When she responded that she had only a few hundred dollars to her name, he asked her to send it to him, and she did.

37.     When asked for more money, Jane 4 disclosed the fact that her credit cards were maxed out. This was not a problem, Dee said, because he could pay down her credit card balances and she could then run up additional debt by obtaining and sending him cash advances. He actually did pay down her credit card balances, but he did so by providing stolen funds. When this was eventually discovered, the banks reversed the credits to her credit cards and she was left owing substantially more than her credit limits.

38.     Meanwhile, Jane 4 acquiesced and obtained cash advances, which she then wired to South Africa using MoneyGram outlets in St. Louis County. At the request of "Dee," the wire transfers were made to **ILUMSA SUNMOLA** – someone Dee told her worked at the front desk of his hotel.

39.     Dee convinced Jane 4 to go to the Best Buy store in South St. Louis County and pick up 5 or 6 laptop computers and ship them to him in South Africa. He also persuaded her to go to the Best Buy store at Mid Rivers Mall, in St. Peters, Missouri, to pick up 10 iPod Touch units. In both instances, Dee had already paid for the merchandise with what later was discovered to be stolen credit card numbers. The computer equipment, he told her, was needed to complete his military assignment.

40.     In December 2009, Dee pledged his desire to come and see Jane 4 for Christmas but claimed that he did not have enough money to buy an airline ticket. The reason for this, he explained, was that the airlines would not take his credit cards for flights originating in South Africa. Dee e-mailed Jane 4 three checks totaling $14,150 and instructed her to print them off, deposit them into her bank account, and then send him the funds. She complied. Two checks initially cleared her bank, and she wired $9,295.10 to **SUNMOLA** in late December 2009 through MoneyGram. The third check was rejected by her bank, and eventually the first two

16

were returned to her bank as counterfeit. The return of the $9,250.10 in counterfeit checks caused a large overdraft in her checking account.

41. Jane 4 had no further contact with Dee. Because of the scam, she was forced to file Chapter 7 bankruptcy in the U.S. Bankruptcy Court for the Eastern District of Missouri in May 2010.

## *Jane Doe 5*

42. Jane Doe 5 is a resident of the State of Georgia. Sometime around March 2008, she met "Major Elias Kent Dye" on MySpace and maintained an online relationship with him for about four months.

43. The story spun for "Major Dye" was that he was a member of a military intelligence unit of the U.S. Army in South Africa. Dye claimed to have a small daughter who was being taken care of in some small town he identified in the State of Illinois. Photos of him include those of a man in a U.S. Army uniform with a major's insignia and several additional photos depicting a man with a preschool-aged daughter.

44. "Dye" sent twelve photos of himself to Jane 5, several of which show him in U.S. military uniforms. In one photo, the name "Dye" can be seen on the uniform. Several more of the photos show "Dye" interacting with a young girl, presumed to be "Dye's" child.

45. Jane 5 communicated with Dye online and by phone. He explained away his foreign accent by claiming that he was "Greek."

46. Despite purportedly being stationed in South Africa, Dye claimed that his American Express Card had expired, leaving him without the means to support himself. Using the United States Mail, Dye sent Jane 5 four traveler's checks, each in the amount of $1,000. She cashed the checks at a local Wal-Mart and sent the funds to Dye in South Africa through the

17

Wal-Mart's MoneyGram outlet. The funds were wired to **ILUMSA SUNMOLA** – a person Dye identified as his "personal driver" in South Africa.

47. Major Dye promised to fly to Atlanta to meet Jane Doe 4 on July 6, 2013. The day before he was scheduled to arrive, however, Dye called to say that he was not coming and that his online relationship with her had been part of a "scam."

48. By that time in their relationship, Jane 5 had started signing her e-mail messages Jane "Dye." One of her last e-mail messages, sent after Dye told her about the scam, included a photo of Jane 5 in a wedding dress, stating "thought you might like to see the wedding dress that is going to be burned because I can't take it back."

49. Days after being told by Dye that he had scammed her, and as a result of the stolen travelers checks Dye sent to her that she innocently cashed for him, Jane 5 was arrested by police and charged with several counts of theft by deception and forgery.

### *Jane Doe 6*

50. Jane Doe 6 is a resident of Mascoutah, Illinois, in St. Clair County. Sometime in 2008, she met "Elias Kent Dye" on MySpace.

51. The story concocted for "Dye" was that he was an active duty major in the United States Army stationed at Scott Air Force Base. He grew up in Mascoutah, Illinois, and was adopted from Greece as a young child. He was a single father and was raising a little girl named "Kim." His permanent residence was still Mascoutah and he provided a phone number with a 618 area code. His late wife had died in an automobile accident several years earlier and his in-laws had been telling him that it was time to move on with his life. That is why, he explained, he was online looking for his "soulmate."

52. Jane 6 and Major Dye talked by phone. Dye had an accent, which she assumed was the result of him having spent his early years in Greece before being adopted.

53. As "Dye" pretended that a romantic relationship was developing between the two of them, they exchanged gifts. Dye sent her two dozen long-stemmed roses and a box of chocolates. She sent him clothes, cologne, and other gifts. He also sent her greeting cards and bath and body products. He persuaded her to purchase a web camera under the guise that they could see each other online during video communications. While he could see her online, she wasn't able to see him as the picture was always blurry – no doubt an effort on his part to mask his true identity.

54. Over the period of time that **SUNMOLA** maintained an online relationship with Jane 6, he sought to create the illusion that he had genuine romantic feelings for her. He did this through many e-mails, instant messages, and other forms of electronic communication, seeking to manipulate her into believing that "Elias Kent Dye" was her one true love.

55. Dye was supposedly in South Africa on a tour of duty with the U.S. Army. After the romantic relationship with Jane 6 had been nurtured for several weeks, "Dye" started his pleas for money. The government funds he had been provided had run out, he claimed, and he no longer had the means to buy food. The hotel where he was staying, he despaired, was about to put him out for non-payment of his bill.

56. Jane 6 sent money to South Africa through both MoneyGram and Western Union. Dye asked that it not be sent to him, but to **ILUMSA SUNMOLA**, who he identified as a "local taxi driver." This subterfuge was necessary, according to Dye, to protect the fact that Dye was a "spy."

19

57.	During one of the intimate communications he initiated, Dye persuaded Jane 6 to pose in a sexually suggestive manner in front of the web camera. She didn't realize (until it was too late) that Dye was making a video recording of her. Dye then began extorting money from Jane 6 under the threat of widely disseminating the video of her, which he had already posted on the internet. On January 27, 2009, he sent an e-mail to Jane 6 and her relatives captioned: "[Jane Doe 6] Dirty VIDEOS...MUST SEE." The e-mail contained a link to an internet site where the video was posted. The extortion demand was as follows:

> The link below is of [Jane 6] dirty/sexual act caught on tape. I
> have 4 of those videos and they are available for sell [sic] to the
> highest bidder, the link here is just 1 of the 4, so I have 3 other
> explicit videos of her. To negotiate for this video pls contact Maj.
> Elias @ 618-912-**** or 618-566-**** or 618-566-****. The
> videos wil [sic] be posted all over the internet and video space in
> about a week from now.

In a subsequent e-mail, he threatened to send a link to the video to "every e-mail address in IL and the entire USA."

58.	Dye told her by phone that by the time he was finished with her she would want to kill herself. He pledged to ruin her life if she did not continue to send him money.

V.

Scheme to Defraud

59.	Through online profiles, e-mails, telephone calls, instant message communications, and the delivery of flowers, candy, stuffed animals, and other gifts by U.S. Mail and commercial interstate carrier, and otherwise, **SUNMOLA** and his co-conspirators

20

created an appearance that was false and deceptive and calculated to induce a false belief as to the true facts.

60. By creating fictitious personae, manufacturing phony emergencies, and pretending to have genuine romantic feelings for the targeted women, **SUNMOLA** and his co-conspirators induced their victims to send them money and property under false pretenses.

61. By pledging to repay the targeted women and to carry on a long-term romantic relationship with them, **SUNMOLA** and his co-conspirators persuaded their victims to send them money and property through false and fraudulent promises.

62. As part of the scheme to defraud, **SUNMOLA** and his co-conspirators made many false representations and omissions of material fact, included but not limited to the following:

A. His true name;

B. His life story;

C. His nationality and country of origin;

D. His occupation;

E. His intention to pursue a long-term, romantic relationship with the victim;

F. Suggestions that he was an emotionally sensitive and caring person;

G. His desire to marry the victim;

H. His plan to return to the United States and meet his victim face-to-face;

I. His intention to repay the often tens of thousands of dollars in debt incurred by the victims at his request; and

J. Photos and military titles used to suggest that he was serving or had served honorably in the Armed Forces of the United States.

21

63.    **SUNMOLA** and his co-conspirators engaged in a scheme to defraud and to deprive their victims of their money and property by means of false and fraudulent pretenses, representations, and promises. The fraudulent scheme involved the use of the mails and the transmission of wire signals in interstate and foreign commerce.

64.    The scheme also involved the use of fictitious identities and other forms of deceit and trickery in order to gain an unfair and dishonest advantage over victims located within the Southern District of Illinois and elsewhere within the United States.

## COUNT 1

## Conspiracy – 18 U.S.C. § 371

65.    The preceding paragraphs of the indictment are hereby realleged.

66.    Beginning sometime in May 2008, and continuing through October 2013, in Bond, Fayette, and St. Clair Counties, within the Southern District of Illinois and elsewhere, operating from the Republic of South Africa, and upon information and belief, the Federal Republic of Nigeria, the Defendant,

## OLAYINKA ILUMSA SUNMOLA,

together with O.A., S.D.G, "Robert Tudors," and others known and unknown, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree among themselves and each other to commit certain offenses against the United States as follows:

A.    To devise a scheme and artifice to defraud and to obtain money and property by means of false pretenses, and for the purposes of executing and in order to effect the scheme, to knowingly cause to be sent and delivered by the United States Postal Service and by FedEx, a commercial interstate carrier,

22

counterfeit checks and merchandise obtained via credit card fraud, in violation of Title 18, United States Code, Section 1341.

B.     To devise a scheme and artifice to defraud and to obtain money and property by means of false pretenses, and for the purposes of conducting, promoting, and carrying on said scheme by means of the Postal Service, to use and assume, and to request to be addressed by a false and fictitious name other than his own proper name, to wit the name ELIAS DYESS, all in violation of Title 18, United States Code, Section 1342.

C.     To devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme, to knowingly cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, including interstate and international telephone calls, e-mails, and electronic financial transactions through Western Union and MoneyGram, in violation of Title 18, United States Code, Section 1343.

D.     To knowingly transfer, possess and use, without lawful authority, a means of identification of another person with the intent to commit and to aid and abet a mail and wire fraud scheme, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1028(a)(7).

E.     To knowingly and with intent to defraud use, and traffic in, one or more unauthorized access devices, that is, stolen credit card numbers, in violation of Title 18, United States Code, Section 1029(a)(2).

F.    To transmit in interstate and foreign commerce, with the intent to extort money, a communication containing a threat to injure the reputation of a victim, in violation of Title 18, United States Code, Section 875(d).

67.    In furtherance of the conspiracy, between May 8, 2008 and October 14, 2013, **SUNMOLA** committed, or caused to be committed, the following overt acts:

A.    On or about December 9, 2008, **SUNMOLA**, using the alias Elias Kent Dye, sent to a victim, a resident of Mascoutah, Illinois, in St. Clair County, within the Southern District of Illinois, an electronic copy of a counterfeit cashier's check in the amount of $33,750. Jane Doe 6 was instructed to deposit the check into her account and send **SUNMOLA** money as needed.

B.    On or about December 17, 2008, and on or about December 21, 2008, **SUNMOLA** induced Jane Doe 6 to send payments of $2,400 and $3,500, respectively, through a MoneyGram International outlet in St. Clair County, Illinois. The payments were picked up on December 18, 2008, and December 22, 2008, by **SUNMOLA** in South Africa.

C.    On or about January 27, 2009, **SUNMOLA**, using the alias Elias Kent Dye, sent an e-mail to Jane Doe 6 in St. Clair County, within the Southern District of Illinois, in which he threatened to sell to the highest bidder four sexually explicit video recordings that he had made.

D.    On or about April 17, 2009, **SUNMOLA**, using the alias Elias Kent Dye, sent the following e-mail to at least seven different e-mail addresses: *"Man i think we can do some serious business together and make cool cash, i am very much intrested in the skimmed debit cards and the us bank logins. What are ur*

*terms, pricing and payment options.. I am a serious hustler and i am not into*
*games, i know there are so many players out there this days."* Elias Kent Dye
received positive responses from 6 of the 7 e-mail addresses with offers of
skimmed credit/debit card numbers, bank logins and card skimmers. One
response included a St. Petersburg, Russia mailing address, while another
response included a contact telephone number with a Ghana country code.

E.  Between on or about November 1, 2011, and on or about July 23, 2012,
"Henry Harrell" e-mailed the same counterfeit Bank of America cashier's
check, in the amount of $4,700,000, made payable to Henry Harrell, to eleven
different e-mail addresses – most of which appeared to belong to females. In
several of the e-mails, "Harrell" used similar text to profess his love and his
desire to spend his life with the recipient. Other e-mails made reference to
needing financial help, with "Harrell" sending the check as proof of his assets.
Some e-mails included a request to help cash the check.

F.  On or about October 2, 2012, Jane Doe 5, a resident of the State of Georgia,
utilized commercial interstate carrier FedEx to send five Apple computers,
totaling $11,764.65, to S.D.G in South Africa. The computers were purchased
with her own funds at the direction of "Henry Harrell" and "Robert Tudors".
She was also instructed to purchase three Apple iPads with her own funds,
totaling $2,340.09, and sent them via FedEx to **SUNMOLA** in South Africa.

G.  On or about December 12, 2012, one victim, a resident of Greenville, IL,
within the Southern District of Illinois, received an order of flowers through
From You Flowers LLC at her place of employment in Vandalia, Illinois, in

Fayette County, also within the Southern District of Illinois. The flowers were sent from her on-line romantic acquaintance Elias Dyess, an alias of **SUNMOLA**. The order, which totaled $298.96, was fraudulently placed by **SUNMOLA** using the credit card of a New York resident.

H.  From on or about January 20, 2012, to on or about April 15, 2012, a victim, a resident of Greenville, IL, within the Southern District of Illinois, at the instruction of Elias Dyess, an alias of **SUNMOLA**, sent 46 wire transfers via MoneyGram and Western Union, totaling approximately $70,819, from St. Clair County, Illinois, and elsewhere, to **SUNMOLA** in South Africa.

I.  On or about January 30, 2012, **SUNMOLA** caused to be sent to a victim, a resident of Greenville, Illinois, in St. Clair County, within the Southern District of Illinois, a FedEx parcel which contained two counterfeit cashier's checks, in the amounts of $58,000 and $700,000. The parcel was shipped to the victim's place of employment in Vandalia, IL, also within the Southern District of Illinois.

J.  From on or about February 28, 2012, to on or about April 14, 2012, Jane Doe 1 was instructed by **SUNMOLA** to send at least fourteen parcels, through both the U.S. Postal Service as well as commercial interstate carrier FedEx, from Fayette and Bond Counties, within the Southern District of Illinois, to **SUNMOLA's** attention in South Africa. The parcels contained merchandise obtained through credit card fraud that was caused to be shipped to the victim at her residence or place of employment, and which was then forwarded per **SUNMOLA's** directions to him in South Africa.

K.     From on or about January 26, 2012, and continuing through on or about January 24, 2013, the Yahoo! IDs associated with **SUNMOLA** and his co-conspirators utilized multiple Internet Protocol ("IP") addresses, believed to be assigned to the South African company Telkom Sa Limited, approximately 5,147 times. The conspirators used these IP addresses to communicate both among themselves and with victims in the United States.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

### 18 U.S.C. § 1341 – Mail Fraud

68.     Paragraphs 1 through 64 are hereby realleged.

69.     On or about the 30th day of January, 2012, in Bond County, within the Southern District of Illinois, and elsewhere, the Defendant,

### OLAYINKA ILUMSA SUNMOLA,

while aiding and abetting and being aided and abetted by others known and unknown to the grand jury, having devised the above-described scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and attempting so to do, did knowingly cause to be sent and delivered by Federal Express, a commercial interstate carrier, an envelope containing two counterfeit cashier's checks drawn on the Navy Federal Credit Union in the amounts of $700,000 and $58,000.

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS 3-4

### 18 U.S.C. § 1341 – Mail Fraud

70.    Paragraphs 1 through 64 are hereby realleged.

71.    On or about the dates listed below, in Fayette County, within the Southern District

of Illinois, and elsewhere, the Defendant,

### OLAYINKA ILUMSA SUNMOLA,

while aiding and abetting and being aided and abetted by others known and unknown to the

grand jury, having devised the above-described scheme and artifice to defraud and to obtain

money and property by means of false and fraudulent pretenses, representations and promises,

and for the purpose of executing the scheme and attempting so to do, did knowingly cause a

victim to send by the United States Postal Service from Fayette County, Illinois, within the

Southern District of Illinois, various merchandise obtained by fraud to be delivered to South

Africa, as set forth below:

| Count | Date | Type of Merchandise |
|-------|------|---------------------|
| 3 | March 17, 2012 | Sports equipment |
| 4 | April 14, 2012 | Notebook computers |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS 5-6

### 18 U.S.C. § 1343 – Wire Fraud

72.    Paragraphs 1 through 64 are hereby realleged.

73.    On or about the dates listed below, in the counties listed below, within the

Southern District of Illinois, and elsewhere, the Defendant,

28

**OLAYINKA ILUMSA SUNMOLA,**

while aiding and abetting and being aided and abetted by others known and unknown to the

grand jury, having devised the above-described scheme and artifice to defraud and to obtain

money and property by means of false and fraudulent pretenses, representations and promises,

and for the purpose of executing the scheme and attempting so to do, did knowingly cause to be

transmitted by means of wire and radio communication in interstate and foreign commerce,

signs, and signals, that is wire transfers from MoneyGram outlets in local Wal-Mart stores, to

South Africa, as set forth below:

| Count | Date | Source | County | Amount |
|-------|------|--------|--------|--------|
| 5 | January 20, 2012 | Vandalia, IL | Fayette | $1,000 |
| 6 | April 9, 2012 | Highland, IL | Madison | $5,000 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 7

### 18 U.S.C. § 1343 – Wire Fraud

74.     Paragraphs 1 through 64 are hereby realleged.

75.     On or about the 9th day of April, 2012, in Madison County, within the Southern

District of Illinois, and elsewhere, the Defendant,

**OLAYINKA ILUMSA SUNMOLA,**

while aiding and abetting and being aided and abetted by others known and unknown to the

grand jury, having devised the above-described scheme and artifice to defraud and to obtain

money and property by means of false and fraudulent pretenses, representations and promises,

for the purpose of executing the scheme and attempting so to do, did knowingly cause to be

transmitted by means of wire and radio communication in interstate and foreign commerce, signs and signals, that is a wire transfer of $3,000 from a Western Union outlet in the Regions Bank in Highland, Illinois, to South Africa.

All in violation of Title 18, United States Code, Sections 1343 and 2.


## COUNT 8

### 18 U.S.C. § 875(d) – Interstate Extortion

76.     Paragraphs 1 through 64 are hereby realleged.

77.     On or about January 27, 2009, in St. Clair County, within the Southern District of Illinois, the Defendant,

### OLAYINKA ILUMSA SUNMOLA,

with intent to extort from the recipients money and other things of value, knowingly transmitted in interstate and foreign commerce, from somewhere in Africa to the Southern District of Illinois, a communication containing a threat to injure the reputation of Jane Doe 6.

All in violation of Title 18, United States Code, Section 875(d).

A TRUE BILL

_____
STEPHEN R. WIGGINTON
United States Attorney

_____
for BRUCE E. REPPERT
Assistant United States Attorney

_____
NATHAN D. STUMP
Assistant United States Attorney