IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO.  13-cr-30272-DRH |
| | ) |
| OLAYINKA ILUMSA SUNMOLA, | ) |
| | ) |
| Defendant. | ) |

**MOTION OF THE UNITED STATES OF AMERICA
TO UNSEAL INDICTMENT**

The United States of America hereby moves this Court for an order unsealing the Indictment filed on November 20, 2013 which was originally sealed when presented to the Court. Unsealing the indictment will facilitate international extradition proceedings which the Government is now attempting.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

/s/ *Bruce E. Reppert*
BRUCE E. REPPERT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: 618-628-3700
FAX:   618-628-3720
Email: Bruce.Reppet@USDOJ.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO.   13-cr-30272-DRH |
| OLAYINKA ILUMSA SUNMOLA, | ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on July 7, 2014, I electronically filed **Motion of the United States of America to Unseal Indictment** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

/s/ *Bruce E. Reppert*
BRUCE E. REPPERT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
Phone: (618) 628-3700
FAX:    (618) 628-3720
Email: Bruce.Reppert@USDOJ.gov