IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  13-CR-30272-DRH |
| | ) | |
| OLAYINKA ILUMSA SUNMOLA, | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF RULE 404 EVIDENCE

Comes now the United States of America, by and through James L. Porter, Acting United States Attorney, and files this Notice to advise both the Court and the Defendant of its intention to introduce at the trial of this case the following evidence, which could be construed to fall within the ambit of Federal Rule of Evidence 404(b):

**(1)  Evidence that, beginning in 2007 and continuing through at least 2009, during and in furtherance of the Defendant's participation in the conspiracy charged in Count 1 of the indictment, the Defendant, using the fictitious name "TRAVIS DYE," initiated a romantic online relationship with a resident of Ohio ("Jane Doe 8").  The evidence will further show that, by means of false and fraudulent pretenses, representations and promises, the Defendant induced Jane Doe 8 to send him money and property through interstate mail and wire communications.  Eventually, the Defendant "came clean" to Jane Doe 8, revealing his true identity to her and explaining that it had all been a scam.  He also sent her two genuine photographs of himself and confessed that he had perpetrated the same scam on other women.**

Method of Proof:  The United States will seek to introduce this evidence in its case-in-chief through the testimony of "Jane Doe 8" – another victim of the Defendant recently discovered and located by the government.  Jane Doe 8 is expected to testify that she met "Travis Dye" through an online dating service sometime in 2007, that he told her

he was an American soldier stationed in Lagos, Nigeria, that she ultimately fell in love with "Travis Dye," that at his request she sent him gifts through the mail to an address in Nigeria, and that when he claimed an urgent need for money she wired him (at his direction) thousands of dollars using Western Union. She will further testify that "Dye" eventually confessed it was a scam and that his real name was "Ilumsa Sunmola."

The United States may also seek to offer into evidence two photographs that Jane Doe 8 received from the Defendant after he came clean (photographs that clearly depict the Defendant), electronic communications between Jane Doe 8 and the Defendant (whether posing as "Dye" or as himself), and documentation concerning the wire transfers that Jane Doe 8 sent to "Dye." These topics may further be raised during cross-examination of the Defendant and any defense witnesses, as well as during any rebuttal case.

Stated Purpose: The United States contends that this evidence is not subject to Rule 404(b), as it directly proves several elements of the conspiracy charged in Count 1, including that the defendant did, in fact, devise a scheme and artifice to defraud and obtain money and property by means of false pretenses, and for the purposes of conducting, promoting, and carrying on said scheme by means of the Postal Service, to use and assume, and to request to be addressed by a false and fictitious name other than his own proper name, in violation of Title 18, United States Code, Section 1342; and that the defendant knowingly caused to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, including interstate and international telephone calls, e-mails, and electronic financial transactions, in violation of Title 18, United States Code, Section 1343.

Up to this point, the Defendant has maintained his innocence, proclaiming that he was unaware of any scheme to defraud women in the United States. The anticipated testimony of Jane Doe 8, together with related exhibits, will constitute direct evidence of the Defendant's actual knowledge and direct participation in the romance scam described in the indictment. This evidence is further corroborated by emails and documents recovered from the Acer laptop computer that was seized from the Defendant's luggage upon his arrest in London, England in 2014. The scam of Jane Doe 8 is also tied to the charged conspiracy by time (2007 through at least 2013), a common modus operandi, the Defendant's use of the fictitious last name "Dye," the Defendant's use of photographs depicting identity theft victim Timothy Dye, and the Defendant's use of the ilumsa@yahoo.com email account during and in furtherance of the scam.

Nevertheless, to the extent that it could be considered evidence of "other bad acts" of the Defendant, the United States would also seek to introduce this evidence under Rule 404(b) for the following permissible purposes:

- The Defendant's knowledge of the existence and unlawful objectives of the charged conspiracy;
- The Defendant's identity as the person responsible for directly perpetrating at least some of the romance scams identified in the charged conspiracy;
- The Defendant's intent to participate in the conspiracy;
- The Defendant's intent to commit mail fraud and wire fraud; and
- The Defendant's absence of mistake or accident.

  **(2) Evidence that in December 2013, the Defendant used the fictitious identity "James Hedtke" and stolen credit card numbers to order (and attempt to order) dozens of laptop computers from Lenovo corporation over the phone.**

  Method of Proof:  The United States will seek to introduce this evidence in its case-in-chief through audio recordings of sales calls between a man identifying himself as "James Hedtke" and a Lenovo sales representative, Tierra Morrisey.  These audio recordings were made by Lenovo in the regular course of business, and Ms. Morrisey will be present at trial to authenticate the recordings.  Jane Does 1, 2, 4, 5, 6, 7, and 8 have identified the voice of "James" as the voice of the man with whom they believed themselves to be in a relationship, *i.e.*, the man who perpetrated the fraud against them.  Other prospective government witnesses know the Defendant personally and will identify the voice of "James" as that of the Defendant.  Emails found in the Defendant's email account (ilumsa@yahoo.com) further link the Defendant to the alias "James Hedtke."

  Stated Purpose:  As mentioned above, the Defendant has maintained his innocence, stating that any role he may have had in the crimes charged in the indictment was both minimal and unintentional.  The Lenovo audio recordings will serve primarily as ***voice samples*** from which the witnesses will be able to identify the Defendant as the person directly responsible for committing the crimes charged in the indictment.  Proof of identity is a permissible purpose for admission of the evidence under Rule 404(b).

Respectfully submitted this the 22nd day of February, 2016.

                          JAMES L. PORTER
                          Acting United States Attorney

                          *s/ Emily J. Wasserman*
                          BRUCE E. REPPERT
                          NATHAN D. STUMP
                          EMILY J. WASSERMAN
                          Assistant United States Attorneys &
                          Special Assistant United States Attorney
                          9 Executive Drive
                          Fairview Heights, Illinois 62208
                          Tel: (618) 628-3700
                          Fax: (618) 628-3720
                          Email: emily.wasserman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 13-CR-30272-DRH |
| | ) |
| OLAYINKA ILUMSA SUNMOLA, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Emily J. Wasserman, Assistant United States Attorney, hereby certify that on this the 22nd of February, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record.

*/s/ Emily J. Wasserman*
EMILY J. WASSERMAN
Special Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 62208
Tel: (618) 628-3700
Fax: (618) 628-3720
Email: emily.wasserman@usdoj.gov