IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 13-CR-30272-DRH |
| | ) |
| OLAYINKA ILUMSA SUNMOLA, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S FOURTH MOTION IN LIMINE FOR PRETRIAL
DETERMINATION OF ADMISSIBILITY OF CERTAIN EVIDENCE**

The United States of America, by and through their undersigned attorneys, hereby respectfully moves this court for a pretrial ruling on admissibility of domestic business records pursuant to Fed. R. Evid. 803(6) and 902(11). Each set of business records is supported by a declaration that conforms to Fed. R. Evid. 902(11). A list of the sources of the records is appended hereto as Exhibit A. Copies of the declarations are appended hereto as Exhibit B. Under Fed. R. Evid. 104(a), the court may determine whether a matter proffered may be admitted into evidence. In making a Rule 104(a) determination, the court is not bound by the Rules of Evidence except with respect to privilege. The government submits that ruling pretrial on the admissibility of business records will streamline the presentation of evidence at trial.

Fed. R. Evid. 803(6) provides for the admission of business records. Fed. R. Evid. 902(11) provides for their admission without any further evidence of foundation if accompanied by a written declaration of its custodian making certain certifications set out in the rule. As part of its investigation and trial preparation, the government has already submitted a motion in

1

limine for pretrial admission of certain business records, which the Court granted.  *See* Docs. 23 and 28.  The government has since obtained additional records from various businesses.  As with the government's earlier motion, in order to avoid burdening the trial with the testimony of custodians to establish nothing more than the foundation for the records obtained, the government has obtained business record declarations from most of these witnesses, copies of which are being submitted herewith, in order to obtain a ruling of admissibility under Rule 104.  Where the government is still awaiting business record declarations from witnesses, it will submit another motion once in possession of those declarations.

All the documents covered by the attached certifications have previously been provided to the defendant in electronic form.

The government requests only a ruling on foundation.  The government is not requesting an advance ruling on relevancy.

Respectfully submitted this the 24th day of February, 2016,

        JAMES L. PORTER
        Acting United States Attorney

        *s/Emily J. Wasserman*
        BRUCE E. REPPERT
        NATHAN D. STUMP
        EMILY J. WASSERMAN
        Assistant United States Attorneys &
        Special Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208
        Tel: (618) 628-3700
        Fax: (618) 628-3720
        emily.wasserman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-CR-30272-DRH |
| ) | |
| OLAYINKA ILUMSA SUNMOLA, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24th, 2016, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Emily J. Wasserman*
BRUCE E. REPPERT
NATHAN D. STUMP
EMILY J. WASSERMAN
Assistant United States Attorneys &
Special Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax: (618) 628-3720
emily.wasserman@usdoj.gov