<u>LIST OF SOURCES OF RECORDS</u>

1. Pinger, Inc. – 3 declarations;

2. Vonage – 1 declaration;

3. Western Union Services, Inc. – 2 declarations;

4. Virtual Graffiti, Inc. – 2 declarations;

5. Mid-Missouri Bank – 0 declarations;

6. Precision Data Products, Inc. – 2 declarations

7. Navy Federal Credit Union – 0 declarations

EXHIBIT A