DECLARATIONS

EXHIBIT B



## Certification of Records of Regularly Conducted Business Activity

I, <u>Lawrence Fleischer</u>, do hereby certify that:

1. I am the custodian of records of or am otherwise qualified to administer records for, and I have personal knowledge of the business filing record system of the business known as <u>Pinger, Inc.</u>

2. I have reviewed the attached business records, which are attached hereto as Exhibit(s) <u>**A-C**</u>, all of which:

    a. Are true and accurate copies of records that were made at or near the time of the occurrence of the matters set forth, by or from the information transmitted by, a person with knowledge of these matters; and,
    b. Were kept in the course of the regularly conducted activity; and,
    c. Were made and kept by the regularly conducted business activity as regular practice.

The attached documents are:

**A.** Pinger Customer Information Sheet for Account ID # 220480461
**B.** Pinger Customer Information Sheet for Account ID # 201215666
**C.** Pinger Customer Information Sheet for Account ID # 163042777

I declare under penalty of perjury that the foregoing is true and correct.

_Lawrence Fleischer_ – Director of Customer Support

1/8/2016
Date

Pinger, Inc.
Legal Compliance
Phone: 408-271-5710
Fax: 408-824-1304
Email: Legalcompliance@pinger.com

Confidential

1/8/16

## BUSINESS RECORDS DECLARATION

### Vonage

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that

    I am employed by/associated with **Vonage** in the position of COMPLIANCE SPECIALIST II and by reason of my position am authorized and qualified to make this declaration.

    I further declare that the documents attached hereto are original records or true copies of records which:

> Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
>
> Were kept in the course of regularly conducted business activity;
>
> Were made by the said business activity as a regular practice; and,
>
> If not original records, are duplicates of original records.

Date of execution: JANUARY 05, 2016

Place of execution: HOLMDEL, NEW JERSEY

Signature: _[signature]_

## BUSINESS RECORDS DECLARATION

**Name of Business:** WESTERN UNION SERVICES, INC.

I, the undersigned business records custodian, with the understanding that I am subject to the criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am employed by/associated with WESTERN UNION in the position of GLOBAL SECURITY DIRECTOR and by reason of my position, am authorized and qualified to make this declaration.

I further declare that the documents attached hereto which consist of _____ (number) pages, numbered  1  through  N/A  are original records or true copies of records which: EXCEL SPREADSHEET

    Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    Were kept in the course of regularly conducted business activity;

    Were made by the said business activity as a regular practice; and,

    If not original records, are duplicates of original records.

Signature: PEG BRENNAN PETERSON

Type or Print Name: PEG BRENNAN PETERSON

Date of execution: FEBRUARY 22, 2016

Place of execution: DENVER, CO.

## BUSINESS RECORDS DECLARATION

**Name of Business:** WESTERN UNION SERVICES, INC.

I, the undersigned business records custodian, with the understanding that I am subject to the criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am employed by/associated with WESTERN UNION in the position of GLOBAL SECURITY DIRECTOR, and by reason of my position, am authorized and qualified to make this declaration.

I further declare that the documents attached hereto which consist of _____ (number) pages, numbered 1 through N/A are original records or true copies of records which: EXCEL SPREADSHEET

- Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
- Were kept in the course of regularly conducted business activity;
- Were made by the said business activity as a regular practice; and,
- If not original records, are duplicates of original records.

Signature: PEG BRENNAN PETERSON

Type or Print Name: PEG BRENNAN PETERSON

Date of execution: FEBRUARY 22, 2016

Place of execution: DENVER, CO.

## BUSINESS RECORDS DECLARATION

Name of Business: __VIRTUAL GRAFFITI, INC__

I, the undersigned business records custodian, with the understanding that I am subject to the criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am employed by/associated with __VIRTUAL GRAFFITI, INC__ in the position of __Accounting Manager__, and by reason of my position, am authorized and qualified to make this declaration.

I further declare that the documents attached hereto which consist of __3__ (number) pages are original records or true copies of records which:

> Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
>
> Were kept in the course of regularly conducted business activity;
>
> Were made by the said business activity as a regular practice; and,
>
> If not original records, are duplicates of original records.

Signature: __Robert Levy__

Type or Print Name: __Robert Levy__

Date of execution: __02 - 22 - 2016__

Place of execution: __VIRTUAL GRAFFITI, INC__
__9979 MUIRLANDS BLVD__
__IRVINE, CA 92618__

## BUSINESS RECORDS DECLARATION

Name of Business: <u>VIRTUAL GRAFFITI, INC</u>

I, the undersigned business records custodian, with the understanding that I am subject to the criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am employed by/associated with <u>VIRTUAL GRAFFITI, INC</u> in the position of <u>Accounting Manager</u>, and by reason of my position, am authorized and qualified to make this declaration.

I further declare that the documents attached hereto which consist of <u>2</u> (number) pages are original records or true copies of records which:

    Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    Were kept in the course of regularly conducted business activity;

    Were made by the said business activity as a regular practice; and,

    If not original records, are duplicates of original records.

Signature: *Robert Levy*

Type or Print Name: <u>Robert Levy</u>

Date of execution: <u>02 - 22 - 2016</u>

Place of execution: <u>VIRTUAL GRAFFITI, INC</u>
    9979 MUIRLANDS BLVD
    IRVINE, CA 92618

# BUSINESS RECORDS DECLARATION

**Name of Business:** Mid-Missouri Bank

I, the undersigned business records custodian, with the understanding that I am subject to the criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am employed by/associated with Mid-Missouri Bank in the position of AVP Operations, and by reason of my position, am authorized and qualified to make this declaration.

I further declare that the documents attached hereto which consist of ∅ (number) pages, numbered ∅ through ∅ are original records or true copies of records which:

Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

Were kept in the course of regularly conducted business activity;

Were made by the said business activity as a regular practice; and,

If not original records, are duplicates of original records.

Signature: *Angela Stevens*

Type or Print Name: Angela Stevens

Date of execution: 2-18-16

Place of execution: Springfield, MO

*Angie Nevill*

```
ANGIE L NEVILL
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Sept. 23, 2017
Commission #13401608
```

## BUSINESS RECORDS DECLARATION

Name of Business: _Precision Data Products Inc_

I, the undersigned business records custodian, with the understanding that I am subject to the criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am employed by/associated with _Precision Data Products, Inc._ in the position of _Account Manager_, and by reason of my position, am authorized and qualified to make this declaration.

I further declare that the documents attached hereto which consist of _3_ (number) pages are original records or true copies of records which:

Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

Were kept in the course of regularly conducted business activity;

Were made by the said business activity as a regular practice; and,

If not original records, are duplicates of original records.

Signature: _[signed]_

Type or Print Name: _Jim Eidenberger_

Date of execution: _2/22/2016_

Place of execution: _5036 Falconview SE Kentwood, MI 49512_

## BUSINESS RECORDS DECLARATION

Name of Business: __Navy Federal Credit Union__

I, the undersigned business records custodian, with the understanding that I am subject to the criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am employed by/associated with __Navy Federal Credit Union__ in the position of __Subpoena Specialist__, and by reason of my position, am authorized and qualified to make this declaration.

I further declare that the documents attached hereto which consist of __No records available__ (number) pages, numbered __N/A__ through __N/A__ are original records or true copies of records which:

Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

Were kept in the course of regularly conducted business activity;

Were made by the said business activity as a regular practice; and,

If not original records, are duplicates of original records.

Signature: __[signature]__

Type or Print Name: __Katherine Truong__

Date of execution: __February 24, 2016__

Place of execution: __Navy Federal Credit Union__